IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES McMILLIN                                                                                               PLAINTIFF

v.                                           NO. 3:06CV00139JLH

MICHAEL J. ASTRUE, Commissioner,
SOCIAL SECURITY ADMINISTRATION                                                   DEFENDANT

## JUDGMENT

For the reasons stated in the Opinion entered separately today, the decision of the Commissioner is affirmed. The complaint of James McMillin is hereby dismissed with prejudice.

IT IS SO ORDERED this 13th day of August, 2007.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE